on December 13, 1929.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JULIA STAPLETON and Others v. MAX PINNER, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before November 29, 1929.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SYLVIA LIEBERMAN v. E. A. WHITE ORGANIZATION, INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before November 29, 1929.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RUSSO & CRISCI, INC., v. ILARIONE SAMARELLI, Doing Business, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before November 29, 1929.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ROCCO, Alias VOLACHI. — Motion denied.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. AARON HECHTMAN.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ROCCO, Alias VOLACHI.— Motion granted, and the time of defendant in which to serve and file the record on appeal extended to and including December 15, 1929.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IRVING KNAPPER.— Motion granted so far as to extend the time of the appellant within which to serve and file the record on appeal to and including January 2, 1930, and the appellant's points to and including January 22, 1930, with notice of argument for February 6, 1930.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of HARRY EISMAN, a Child under Sixteen Years of Age.— Motion granted, and the time of the appellant within which to serve and file the record and appellant's points on appeal extended to and including November 25, 1929, with notice of argument for December 12, 1929.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the CITY OF NEW YORK, Carrying Bronx River Parkway Drive across New York and Harlem Railroad at a Point about 250 Feet South of East 233rd St., Bronx.— Preference granted for December 3, 1929.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROBERT AITKEN, Appellant, v. SOCIETY OF DAUGHTERS OF HOLLAND DAMES, DESCENDANTS OF THE ANCIENT AND HONORABLE FAMILIES OF NEW NETHERLAND, Respondent.— Order so far as appealed from affirmed, with costs and disbursements to the respondent to abide the event, without prejudice to plaintiff's claim of right to recover on the theory of ratification.  No opinion.  Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORRIS I. DAVIDSON, Appellant, v. MORTON H. MEINHARD and CARRIE W. MEINHARD, Copartners, etc., Respondents.— Order affirmed, with ten dollars